UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                          Case No. 15-CR-20325

Rickie Bellamy, Sr.,                Sean F. Cox
                                                United States District Court Judge

    Defendant.
_____/

## **ORDER**

      Magistrate Judge David Grand having issued a Report and Recommendation finding Defendant Rickie Bellamy, Sr. competent to stand trial (D.E. No. 42), and both the Government and Defense Counsel having stated in open court on this date that they have no objection to that Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation finding Defendant Rickie Bellamy, Sr. competent to stand trial in this matter.

      **IT IS SO ORDERED.**

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: December 4, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2015, by electronic and/or ordinary mail.

                                              S/Jennifer McCoy
                                              Case Manager